THE STATE OF WASHINGTON, *Respondent,* v. KENNETH ALLEN WISEMAN, SR., *Appellant.*

Appeal from a judgment of the Superior Court for Clark

County, No. 7582, Edward P. Reed, J., entered December 4, 1972. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.